# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00095-CV
## NO. 03-08-00096-CV

**Audrey Arlene Nesbitt, Appellant**

**v.**

**Peter Daniel Nesbitt, Appellee**

**FROM THE DISTRICT COURT OF BASTROP COUNTY, 335TH JUDICIAL DISTRICT
NO. 02-07628, HONORABLE REVA TOWSLEE CORBETT, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

Appellant Audrey Arlene Nesbitt attempted to appeal pro se two orders entered by the county court at law on November 14, 2007, denying her motions for summary judgment. Both of the orders are interlocutory and not appealable. *See Baker Hughes, Inc. v. Keco R. & D., Inc.*, 12 S.W.3d 1, 5 (Tex. 2005); *DuPont Photomasks, Inc. v. Strayhorn*, 219 S.W.3d 414, 418 (Tex. App.—Austin 2006, pet. denied). Without a final judgment or an otherwise appealable order, we may not exercise appellate jurisdiction. *See* Tex. Civ. Prac. & Rem. Code Ann. § 51.014 (West Supp. 2007); *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001).

On March 27, 2008, this Court requested that Nesbitt file a written response demonstrating this Court's jurisdiction over her appeals. Nesbitt filed a response on April 3, 2008, but failed to demonstrate this Court's jurisdiction. Accordingly, we dismiss both of Nesbitt's appeals for want of jurisdiction. *See* Tex. R. App. P. 42.3(a).

_____

W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices Pemberton and Waldrop

Dismissed for Want of Jurisdiction

Filed:   April 18, 2008